## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

CyrusOne LLC

                              Plaintiff,

v.                                              Case No.: 1:18−cv−00272
                                                Honorable Jorge L. Alonso

The City of Aurora, Illinois, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Plaintiff's motion to amend the Court's July 16, 2018 order [102] is granted in part and denied in part. Plaintiff shall file a supplemental jurisdictional statement by 7/27/18. Preliminary Injunction hearing set for 8/20/18 at 10:00 a.m. Parties' pretrial order shall be filed by 8/13/18. Status hearing remains set for 8/14/18 at 9:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.