IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYRUSONE LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF AURORA, ILLINOIS, <br> SCIENTEL SOLUTIONS LLC, <br><br> Defendants. | Case No. 1:18-cv-00272 <br><br> Honorable Judge Jorge L. Alonso <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 13th day of March 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Jorge L. Alonso or any judge sitting in his stead, in the courtroom normally occupied by him in Room 1903 of the Everett McKinley Dirksen Building, Chicago, Illinois and present *CyrusOne LLC's Motion to Request a Status Conference*, a copy of which is attached hereto and served upon you.

March 8, 2019

By: s/ *Robert E. Browne*

William M. Droze (Pro Hac Vice)
Robert E. Browne, Jr. (Atty No. 6255678)
Kevin G. Desharnais (Atty No. 6211688)
TROUTMAN SANDERS LLP
One North Wacker Dr., Ste. 2905
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com
kevin.desharnais@troutman.com
william.droze@troutman.com

David S. Silverman
Ellen K. Emery

ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI
& KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 (Fax)
dsilverman@ancelglink.com
eemery@ancelglink.com

*Attorneys for CyrusOne LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 8, 2019, the above and foregoing document was served to all counsel of record via the Court's CM/ECF electronic filing system.

Dated: March 8, 2019

By: s/ *Robert E. Browne*

Robert E. Browne, Jr. (Atty No. 6255678)
TROUTMAN SANDERS LLP
One North Wacker Dr., Ste. 2905
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com

38130628