# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

CyrusOne LLC

                              Plaintiff,

v.                                                    Case No.: 1:18−cv−00272
                                                      Honorable Jorge L. Alonso

The City of Aurora, Illinois, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

        MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Plaintiff's motion for leave to amend complaint [232] is granted to 4/16/19. Defendants shall answer, move, or otherwise respond to Plaintiff's amended complaint by 5/15/19. Status hearing set for 6/12/19 at 9:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.