# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYRUSONE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18 CV 272 |
| | ) |
| THE CITY OF AURORA, ILLINOIS and | ) Honorable Judge Jorge L. Alonso |
| SCIENTEL SOLUTIONS, LLC, | ) |
| | ) Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) |

## DEFENDANT CITY OF AURORA'S MOTION TO STAY EXPERT DISCOVERY AS TO DEFENDANT CITY OF AURORA

Defendant City of Aurora, through its attorneys, John B. Murphey, Rosenthal, Murphey, Coblentz & Donahue, hereby moves that this Court enter an Order staying expert discovery as to the City until, at a minimum, a reasonable period after May 15, 2019. In support of this motion, the City states:

1. The City previously filed a motion to bar Plaintiff's expert witnesses in light of the District Court's dismissal of Count III. Doc. # 229.

2. On April 2, 2019, over the City's objection, the District Court granted Plaintiff to and including April 16, 2019, to file an amended complaint. The City has been given to May 15, 2019 to answer or otherwise plead to the amended complaint and a status is set before the District Court on June 12, 2019. See Doc. # 242.

3. At this point, there is no complaint on file to which the previously-filed expert reports relate. Because Plaintiff did not attach a proposed amended complaint to its motion, we don't know what the amended complaint is going to look like; nor do we know if it will be subject to a motion to dismiss.

4. Until such time as there is a complaint on file which (a) states a substantive zoning claim upon which relief can be granted, and (b) has been answered by the City, any expert discovery would be premature. The only viable claim on file at this point is Count IV which is procedural in nature and is not the subject of expert testimony.

Accordingly, the City moves that this Court stay expert discovery as to the City and set this matter down for status on an agreeable date subsequent to May 15, 2019. The City takes no position on expert discovery as between Plaintiff and Defendant Scientel.

Respectfully submitted,

CITY OF AURORA

By: ___/s/ John B. Murphey_____
John B. Murphey

John B. Murphey
Amber M. Samuelson
Rosenthal, Murphey, Coblentz & Donahue
30 N. LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel.: 312.541.1070
Fax: 312.541.9191
jmurphey@rmcj.com

CERTIFICATE OF SERVICE

   I hereby certify that on April 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Robert E. Browne, Jr.
Kevin G. Desharnais
Troutman Sanders LLP
One N. Upper Wacker Drive, Suite 2905
Chicago, Illinois  60606
312-759-1920
robert.browne@troutmansanders.com
kevin.desharnais@troutmansanders.com

William M. Droze
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308
404-885-3468
william.droze@troutman.com

Ellen K. Emery
David S. Silverman
Stephen M. Soltanzadeh
Ancel, Glink, Diamond, Bush, DiCanni & Krafthefer, P.C.
140 S. Dearborn Street, Sixth Floor
Chicago, Illinois  60603
312-782-7606/Fax: 312-782-0943
eemery@ancelglink.com
dsilverman@ancelglink.com
ssoltanzadeh@ancelglink.com

Kenneth J. Vanko
Emily L. Langhenry
Clingen Callow & McClean, LLC
2300 Cabot Drive, Suite 500
Lisle, Illinois 60532
630-871-2600
vanko@ccmlawyer.com
langhenry@ccmlawyer.com

    /s/ John B. Murphey
ROSENTHAL, MURPHEY, COBLENTZ & DONAHUE
Attorneys for Defendant
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191