**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

CyrusOne LLC

                         Plaintiff,

v.                                        Case No.: 1:18−cv−00272
                                                  Honorable Jorge L. Alonso

The City of Aurora, Illinois, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 10, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. The parties report on the status of discovery and that a mediation in the Seventh Circuit is scheduled for 4/18/19. In light of the parties' report, defendant City of Aurora, Illinois' motion to bar certain expert opinions (Leslie S. Pollock and P. Barton De Lacy) (doc. #[229]) is denied as moot. Defendant City of Aurora, Illinois' motion to stay expert discovery as to defendant City of Aurora (doc. #[243]) is granted. The Court stays expert discovery with respect to the to the City of Aurora pending further court order. The status hearing set for 4/24/19 at 9:00 a.m. before the magistrate judge remains unchanged. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.