# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

CyrusOne LLC

                        Plaintiff,

v.                                                  Case No.: 1:18−cv−00272
                                                  Honorable Jorge L. Alonso

The City of Aurora, Illinois, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 10, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: The parties report that a settlement has been reached in the case through a mediation conducted in the Seventh Circuit. Accordingly, the status hearing with the magistrate judge set for 05/15/19 is stricken and the referral is hereby terminated. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.